BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VILLALOBOS-CEBALLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00657 LHK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| LUIS VILLALOBOS-CEBALLOS, | |
| Defendant. | |

## STIPULATION

Defendant Luis Villalobos-Ceballos, by and through Assistant Federal Public Defender Nicholas P. Humy, and the United States, by and through Special Assistant United States Attorney Bradley D. Price, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, November 3, 2010, at 10:00 a.m., shall be continued to Wednesday, December 1, 2010, at 10:00 a.m.

The reason for the requested continuance is defense counsel's unavailability due to his medical condition and treatment schedule.

The parties agree that the time between November 3, 2010, and December 1, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation of counsel.

Stipulation and [Proposed] Order
No. CR 10-00657 LHK                                         1

IT IS SO STIPULATED.

Dated: November 1, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: November 1, 2010

_____/s/_____
BRADLEY D. PRICE
Special Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from Wednesday, November 3, 2010, to Wednesday, December 1, 2010, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between November 3, 2010, and December 1, 2010, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between November 3, 2010, and December 1, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between November 3, 2010, and December 1, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 11/3/10

_____
The Honorable Lucy H. Koh
United States District Court