MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile:  (408) 535-5066
   Email: bradley.price@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 10-00657 LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING FROM April 20, 2011 TO May 11, 2011 AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| LUIS VILLALOBOS-CEBALLOS, | ) | |
| Defendant. | ) | |

     Luis Villalobos-Ceballos, by and through his attorney Matthew J. Jacobs and the United States, by and through Special Assistant U.S. Attorney Bradley D. Price, hereby stipulate and agree to request that the Court continue the hearing currently set for April 20, 2011 in the above captioned matter to May 11, 2011 at 10 a.m. The continuance is necessary due the need for the defendant to consider and analyze the plea agreement provided by the United States on April 5, 2011, and to continue to investigate the evidence.  The parties stipulate that the time between April 20, 2011 and May 11, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense

//

1

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

## [PROPOSED] ORDER

Pursuant to agreement and stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the time between April 20, 2011 and May 11, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 4/19/11

*/s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge