MATTHEW J. JACOBS (SBN 171149)
mjacobs@velaw.com
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301
Telephone:    650.687.8214
Facsimile:    650.618.2666

Attorneys for Defendant
LUIS VILLALOBOS-CEBALLOS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS VILLALOBOS-CEBALLOS,<br><br>Defendant. | Case No.  CR 10-00657 LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM MAY 11, 2011 TO MAY 25, 2011** |

Luis Villalobos-Ceballos, by and through his attorney Matthew J. Jacobs and the United States, by and through Assistant U.S. Attorney Bradley D. Price, hereby stipulate and agree to request that the Court continue the hearing currently set for May 11, 2011 in the above captioned matter to May 25, 2011 at 10 a.m.  The continuance is necessary for continuity of counsel because defense counsel is traveling on other matters and will be unable to attend.  In addition, the defendant is considering and analyzing the plea agreement provided by the United States.  The parties further stipulate and agree that it is in the interests of justice that the time between May 11, 2011 and May 25, 2011 is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 because that time is necessary for the effective preparation of counsel.

/ / /

1    IT IS SO STIPULATED.

2    Dated: May 10, 2011                    VINSON & ELKINS LLP

3
                                            By: /s/ Matthew J. Jacobs
4                                               Matthew J. Jacobs

5
                                            Attorneys for Defendant
6                                           LUIS VILLALOBOS-CEBALLOS

7

8    Dated: May 10, 2011                    UNITED STATES OF AMERICA

9
                                            By: /s/ Bradley D. Price
10                                              Bradley D. Price

11                                          Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA
12

13

14                           **[PROPOSED] ORDER**

15          Pursuant to agreement and stipulation of the parties and for good cause shown, the Court

16   HEREBY ORDERS that the hearing currently set for May 11, 2011 in the above-captioned matter

17   is continued to May 25, 2011 at 10 a.m., and that the time between May 11, 2011 and May 25,

18   2011 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

19          IT IS SO ORDERED.

20

21   DATED: ___5/11/11___                   _Lucy H. Koh_
                                            Hon. Lucy H. Koh
22                                          United States District Judge

23
     US 876287v.1        Continuance for continuity of counsel because
24
              defense counsel is traveling.
25

26

27

28

     JOINT STIPULATION AND [PROPOSED] ORDER TO
     CONTINUE STATUS CONFERENCE FROM            - 2 -           CASE NO. CR 10-00657 LHK
     MAY 11, 2011 TO MAY 25, 2011